**UNITED STATES of America, Plaintiff–Appellee**

v.

**Herman SCOTT, also known as Herman Condo, Defendant–Appellant.**

No. 10–20097
Conference Calendar.

United States Court of Appeals, Fifth Circuit.

June 22, 2010.

James Lee Turner, Assistant U.S. Attorney, U.S. Attorney's Office, Houston, TX, for Plaintiff–Appellee.

Marjorie A. Meyers, Federal Public Defender, Timothy William Crooks, Margaret Christina Ling, Assistant Federal Public Defender, Federal Public Defender's Office, Houston, TX, for Defendant–Appellant.

Before JOLLY, STEWART, and OWEN, Circuit Judges.

PER CURIAM: *

Appealing the judgment in a criminal case, Herman Scott raises arguments that he concedes are foreclosed by *United States v. Lopez–Ortiz*, 313 F.3d 225, 229–31 (5th Cir.2002), which held that an immigration judge's failure to inform an alien of his eligibility for discretionary waiver of removal at his removal proceeding did not render the proceeding fundamentally unfair. *See Romero–Rodriguez v. Gonzales*, 488 F.3d 672, 677 n. 5 (5th Cir.2007). The appellant's unopposed motion for summary disposition is GRANTED, and the judgment of the district court is AFFIRMED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.